**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELSEY DELISLE and KAITLYN PENNINGTON, on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:20-cv-01073-RJD |
| vs. ) ) | |
| MCKENDREE UNIVERSITY, ) ) | |
| Defendant. ) | |

### NOTICE OF AMENDED EXHIBIT A TO NOTICE OF REMOVAL

Due to an inadvertent photocopying error, two pages were omitted from Defendant McKendree University's ("McKendree") Exhibit "A" to its Notice of Removal [Doc. No. 1-1]. Accordingly, McKendree submits its Amended Exhibit "A" attached hereto.

Dated: October 13, 2020          Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: /s/ Kyle P. Seelbach
   Kyle P. Seelbach, #6233971
   Aleksandra Ostojic Rushing, #6322739
   190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
   Phone:  314-480-1500
   Facsimile: 314-480-1505
   kyle.seelbach@huschblackwell.com
   aleks.rushing@huschblackwell.com

*Attorneys for Defendant McKendree University*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the forgoing was filed via the Court's electronic filing system with a courtesy copy sent via e-mail on this 13th day of October, 2020, to:

Richard S. Cornfeld, Esq.
Daniel S. Levy, Esq.
1010 Market Street, Suite 1645
St. Louis, MO 63101
P. 314-241-5799
F. 314-241-5788
rcornfeld@cornfeldlegal.com
dlevy@cornfeldlegal.com

                                        *s/ Kyle P. Seelbach*