IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELSEY DELISLE and RILEY PONCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCKENDREE UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:20-CV-01073-SMY<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL<br>OF CLASS ACTION SETTLEMENT**

Plaintiffs Kelsey Delisle and Riley Ponce, on behalf of themselves and the Class Members (as defined in below), respectfully move this Court to enter an Order under Federal Rule of Civil Procedure 23: (1) preliminarily approving the proposed class action Settlement on behalf of the Settlement Class Members according to the terms of the Class Action Settlement Agreement and Release ("Agreement") between Plaintiffs and Defendant, McKendree University, a copy of which is been attached as **Exhibit 1** to the accompanying Declaration of Ryan J. Mahoney ("Mahoney Decl."); (2) provisionally certifying, for purposes of the Settlement only, the following Settlement Class:

> All undergraduate students enrolled in a class at any of McKendree's physical campus locations during the 2020 Spring Semester.

(3) authorizing transmission of the Notice of Settlement to the proposed Settlement Class Members (4) preliminarily appointing Plaintiffs, Kelsey Delisle and Riley Ponce, as Settlement Class Representatives; (5) preliminarily appointing the Mahoney Law Firm, LLC, as Class Counsel to act on behalf of the Settlement Class with respect to the Settlement; (6) approving the proposed settlement procedure, proposed schedule, and administrator; (7) entering the Proposed Order

Granting Preliminarily Approval of Class Action Settlement (submitted via email to SMYpd@ilsd.uscourts.gov per Local Rules); and (8) scheduling a Final Approval Hearing of the proposed class action Settlement for approximately 90 days from the filing of this motion.

For the reasons set forth in the attached Memorandum, Plaintiffs respectfully request the Court enter the relief set forth above, and for such other or further relief as this Court deems just.

Dated: June 23, 2025                                             Respectfully Submitted,

                         By:   /s/ *Ryan J. Mahoney*
                         Ryan J. Mahoney, #6290113
                         Leigh M. Perica, #6316856
                         MAHONEY LAW FIRM, LLC
                         2220 S. State Route 157, Suite 250
                         Glen Carbon, IL 62034
                         Telephone:    618-961-8288
                         Facsimile:      618-961-8289
                         ryan@themahoneylawfirm.com
                         leigh@themahoneylawfirm.com

                         ***Attorneys for Plaintiffs and Proposed Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                     _Ryan J. Mahoney_