IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELSEY DELISLE and RILEY PONCE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MCKENDREE UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:20-CV-01073-SMY<br>)<br>)<br>)<br>)<br>) |

**ORDER PRELIMINARILY APPROVING SETTLEMENT**

This matter having come before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support (Docs. 67, 68), the Court having reviewed in detail and considered the Motion and Memorandum, the Class Action Settlement Agreement, all other papers that have been filed with the Court related to the Settlement Agreement, and Counsel's presentation during the hearing on this date, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The terms of the Settlement Agreement are preliminarily approved as fair, reasonable, and adequate.

2. For settlement purposes only, the Court finds that the prerequisites to class action treatment under Federal Rule of Civil Procedure 23 – including numerosity, commonality and predominance, adequacy, and appropriateness of class treatment of these claims – have been preliminarily satisfied.

3. Pursuant to Fed. R. Civ. P. 23, the Court hereby conditionally certifies the following Settlement Class for settlement purposes:

> Any and all undergraduate students enrolled in a class at any of Defendant McKendree's physical campus locations during the 2020 Spring Semester.

4. For settlement purposes only, the Court appoints Kelsey Delisle and Riley Ponce as the Class Representatives and appoints as Class Counsel, Ryan J. Mahoney and Leigh M. Perica of Mahoney Law Firm, LLC.

5. The Court approves the proposed Settlement Notice, attached to the Settlement Agreement as Exhibit A, as to substance, form, and manner of distribution, and orders that it be distributed to Class Members in the manner described in the Agreement.

6. The Court appoints Atticus Administration LLC as Settlement Administrator. The Settlement Administrator is vested with authority to carry out the Notice Plan as set forth in the Settlement Agreement. Defendant is to provide data regarding members of the Potential Settlement Class to the Settlement Administrator. The Settlement Administrator is to (i) send notice of the proposed settlement to the Attorney General of the State of Illinois, the Attorney General of the United States, and the appropriate State official of each State in which any Settlement Class Member resides in compliance with the requirements of the Class Action Fairness Act and (ii) implement the notice plan in accordance with the Settlement Agreement's terms and timelines. To the extent the Parties or Settlement Administrator determine that ministerial changes to the notice plan are necessary before disseminating notice to the Settlement Class Members, they may make such changes without further application to the Court.

7. Settlement Class Members choosing to opt out of the Settlement Class are required to submit a written request for exclusion to the Settlement Administrator, as provided in the

Settlement Notice, either via the online access form or by mail, postmarked **on or before November 3, 2025**.

8. Settlement Class Members wishing to object to the Settlement Agreement must timely file objections in the time and the manner set forth in the Settlement Notice **on or before November 3, 2025**. Any Settlement Class Member who fails to timely file and serve a written objection as provided in the Settlement Notice shall not be permitted to object to the approval of the Settlement or the Settlement Agreement and shall be foreclosed from seeking any review of the Settlement or the terms of the Settlement Agreement by appeal or other means.

9. The Final Fairness Hearing will be held **on December 18, 2025 at 9:30 a.m. at the Benton Courthouse before Judge Staci M. Yandle.**

10. Plaintiffs shall file a motion in support of Final Approval of the Settlement Agreement **no later than November 18, 2025**. Along with their motion, they shall file with the Court a declaration verifying that the Class Action Settlement Notice was distributed to the Class Members in the form and manner approved herein.

11. Pending Final Approval, Settlement Class Members are preliminarily enjoined from commencing, prosecuting, or maintaining in any court other than this Court any claim, action or other proceeding that challenges or seeks review of or relief from any order, judgment, act, decision or ruling of this Court in connection with the Agreement.

**IT IS SO ORDERED.**

**DATE: July 31, 2025**

**STACI M. YANDLE**
**United States District Judge**