IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELSEY DELISLE and RILEY PONCE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MCKENDREE UNIVERSITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) No. 3:20-CV-01073-SMY ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Kelsey Delisle and Riley Ponce, on behalf of themselves and the Class Members, respectfully move the Court for an Order granting final approval of the Parties' class action settlement, and approving the settlement distributions. Defendant does not oppose the relief sought in this Motion.

Dated: November 18, 2025

Respectfully Submitted,
By: /s/ *Leigh M. Perica*
Leigh M. Perica, #6316856
Ryan J. Mahoney, #6290113
MAHONEY LAW FIRM, LLC
2220 S. State Route 157, Suite 250
Glen Carbon, IL 62034
Telephone: 618-961-8287
Facsimile:618-961-8289
leigh@themahoneylawfirm.com
ryan@themahoneylawfirm.com

***Attorneys for Plaintiffs and***
***Settlement Class***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion for Final Approval of Class Action Settlement was filed electronically via the Court's ECF system, this 18th day of November 2025.

                                                                  */s/ Leigh M. Perica*