IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELSEY DELISLE and RILEY PONCE,** on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 20-cv-1073-SMY ) |
| vs. | ) ) |
| **MCKENDREE UNIVERSITY,** | ) ) |
| Defendant. | ) |

# FINAL APPROVAL ORDER

**YANDLE, District Judge:**

This matter comes before the Court on Plaintiffs' Unopposed Motion for Final Approval of Class Settlement and Memorandum in Support (Docs. 72, 73). The Court, having reviewed the Motion, Memorandum, and papers filed in support, having considered Counsel's arguments during the December 18, 2025, Final Approval Hearing, and having previously provisionally certified the Settlement Class, finds and orders as follows:

1. Certification for settlement purposes of the Settlement Class, as defined by the Settlement Agreement (Doc. 68-1) and the Court's Preliminary Approval Order (Doc. 71), is appropriate pursuant to Fed. R. Civ. P 23(a) and (b).

2. Notice to the Settlement Class, as required by Fed. R. Civ. P 23(e) was provided in accordance with the terms set forth in the Settlement Agreement and Preliminary Approval Order. Said Notice has been provided in an adequate and sufficient matter, constitutes the best notice practicable under the circumstances, and satisfies Fed. R. Civ. P 23(e).

3. The Settlement, as set forth in the Settlement Agreement, is fair, reasonable and adequate to the Settlement Class, given the likely complexity, expense, and duration of

litigation, coupled with the risks involved with trial and maintaining said class through the appellate process.

4. The relief provided by this Settlement constitutes fair value given in exchange for releasing all claims.

5. Pursuant to Fed. R. Civ. P. 23, the Court hereby certifies the following Settlement Class:
> Any and all undergraduate students enrolled in a class at any of Defendant McKendree's physical campus locations during the 2020 Spring Semester.

6. The Settlement Agreement is finally approved pursuant to Fed. R. Civ. P 23(e) and shall therefore be deemed incorporated herein.

7. Each Settlement Class Member is permanently barred and enjoined from instituting, maintaining, or prosecuting, either directly or indirectly, any lawsuit that asserts Released Claims against the Released Parties, as those terms are defined in the Settlement Agreement.

8. Upon consideration of Class Counsel's application for fees and costs, as contemplated in the Settlement Agreement, the Court awards $250,000, as reasonable attorneys' fees. This equates to roughly 14% of the monetary value of Non-Cash Benefit to the Settlement Class, and shall reimburse attorneys' fees, costs, and expenses to be paid by McKendree per the terms of the Settlement Agreement.

9. Upon consideration of the application for individual service awards, both Kelsey Delisle and Riley Ponce are awarded $2,500 each, $5,000 total, in consideration for the services performed for and on behalf of the Settlement Class to be paid by McKendree per the terms of the Settlement Agreement.

10. The Settlement Administrator, Atticus Administration LLC, is approved for $9,300 as reimbursement for out-of-pocket expenses in the administration of this Settlement to be paid by McKendree.

11. The Court finds pursuant to Fed. R. Civ. P 54(b) that there is no reason for delay, and this action is hereby **DISMISSED with prejudice**. The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: December 18, 2025**

**STACI M. YANDLE**
**United States District Judge**